In the Matter of JESSIE VOLLET, Respondent, v. RAY H. SCHOEPFLIN et al., Constituting the Zoning Board of Appeals of the Town of Oyster Bay, Appellants.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.